IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| KENNY GASS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's request for hearing on Rule 35(b) motion (filing 96).  Having considered the matter,

IT IS ORDERED that:

(1)     The government's request for hearing on Rule 35(b) motion (filing 96) is granted;

(2)     A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 93) has been set before the undersigned United States district judge at 8:30 a.m., Friday, October 7, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The United States Marshal  is directed to return the defendant to the district for the hearing.

September 20, 2005.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge